NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STATE OF FLORIDA,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D16-2933
                                     )
JARVIS D. DUFF,                      )
                                     )
          Appellee.                  )
                                     )
_____      )

Opinion filed February 28, 2018.

Appeal from the Circuit Court for
Hillsborough County; William Fuente,
Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Appellant.

Howard L. Dimmig, II, Public Defender,
and Karen M. Kinney, Assistant Public
Defender, Bartow, for Appellee.


PER CURIAM.


          Affirmed.


SILBERMAN, BLACK, and BADALAMENTI, JJ., Concur.